IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VIRGINIA K. PARKER,<br>*Plaintiff*, | :<br>:<br>: |
| v. | : CIVIL ACTION NO. 18-CV-4459 |
| THE PHILADELPHIA POLICE<br>DEPARTMENT, *et al*,<br>*Defendants*. | :<br>:<br>:<br>: |

## ORDER

AND NOW, this 29th day of November, 2018, upon consideration of Plaintiff Virginia K. Parker's Amended Complaint (ECF No. 6.), it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED with prejudice**, pursuant to Rule 8 of the Federal Rules of Civil Procedure and 28 U.S.C. § 1915(e)(2)(B)(ii), in accordance with the Court's Memorandum. Parker may not file a second amended complaint in this case.

2. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/ C. Darnell Jones, II
C. DARNELL JONES, II, J.